Charles Diessner, appellee, v. Wakefields', Incorporated, appellant. Gen. No. 24,165.

Action on a note. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918.

Affirmed. Opinion filed December 31, 1918.

Maurice G. Cohen, for appellant; Myer J. Stein, of counsel. Rathje, Lawlor & Connor, for appellee; Edwin D. Lawlor, of counsel.

Mr. Justice Taylor delivered the opinion of the court.